**Motion granted and Order filed November 9, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00446-CV
_____

**HOUSTON ANUSA, LLC D/B/A AUTONATION USA HOUSTON,**
**Appellant**

**V.**

**WALTER SHATTENKIRK, Appellee**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-27755**

## ORDER

This is an appeal from an order denying appellant's motion to compel arbitration. Presently before the court is appellant's motion to stay proceedings in the trial court pending resolution of this appeal, particularly the trial of the case currently scheduled for December 6, 2021.

As the court is mindful that a trial would waste the parties' and the trial court's resources if this court ultimately requires arbitration of appellees' claims, *see In re*

*Prudential Insurance Co. of America*, 148 S.W.3d 124, 127 (Tex. 2004), the court hereby grants the motion. All proceedings in the trial court are hereby stayed pending issuance of the mandate in this appeal.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.